PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.   Crim. No. 90-CR-80355-01

LONNIE GRIFFIN

On <u>June 13, 2016</u> the above named was placed on Supervised Release for a period of <u>five</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Christina R. Wilkerson
*Sr. U.S. Probation Officer*
313-234-5466

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of September, 20 17.

s/Marianne O. Battani
Marianne O. Battani
*United States District Judge*